IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEATRICE KOFA-LLOYD | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | NO. 14-00668 |
| | : | |
| BROOKSIDE HEALTHCARE & | : | |
| REHABILITATION CENTER, LLC | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 20th day of March 2014, upon consideration of Defendant's *motion to dismiss Plaintiff's complaint* [ECF 4], Plaintiff's opposition thereto [ECF 6], and the reply [ECF 9], and for the reasons set forth in the accompanying memorandum opinion filed on this day, it is hereby **ORDERED** that Defendant's motion is **GRANTED** and Plaintiff's complaint is dismissed. The Clerk of Court is directed to mark this case closed for statistical purposes.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
NITZA I. QUIÑONES ALEJANDRO, J.